(NC 23-121)

Frederick Bissinger et al.     :

v.     :

Morash Family Limited Partnership et   :
al.

# **O R D E R**

The Court being evenly divided, the judgment of the Superior Court is affirmed.

Entered as an Order of this Court this __1st__ day of April, 2026.

By Order,

_/s/ Meredith A. Benoit_

Clerk

Chief Justice Suttell did not participate.

Justice Goldberg participated in the decision but retired before its publication.



**STATE OF RHODE ISLAND**

**SUPREME COURT – CLERK'S OFFICE**
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903+

**ORDER COVER SHEET**

| | | |
|---|---|---|
| **Title of Case** | Frederick Bissinger et al. v. Morash Family Limited Partnership et al. | |
| **Case Number** | No. 2024-238-Appeal. (NC 23-121) | |
| **Date Order Filed** | April 1, 2026 | |
| **Justices** | Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | Newport County Superior Court | |
| **Judicial Officer from Lower Court** | Associate Justice Richard D. Raspallo | |
| **Attorney(s) on Appeal** | For Plaintiffs: Kelley Morris Salvatore, Esq. | |
| | For Defendants: Jeremiah C. Lynch, III, Esq. | |

SU-CMS-02B (revised November 2022)